Ricky VAN OSTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42240.

Missouri Court of Appeals,
Western District.

March 20, 1990.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).